

ATTORNEYS AT LAW

William D. Sullivan
bsullivan@snbhlaw.com

919 N. Market St., Suite 420
Wilmington, DE  19801
(T) 302-428-8191
(F) 302-428-8195

May 13, 2026

**Via CM/ECF and Hand Delivery**
The Honorable Jennifer L. Hall
United States District Court
District of Delaware
844 North King St., Unit 17, Room 6312
Wilmington, DE 19801-3570

> **Re:** **_Central States, Southeast and Southwest Areas Pension Fund, et al. v. Yellow Corporation, et al.,_ Civil Action No.: 1:25-mc-00325-JLH**

Dear Judge Hall:

I am counsel for the Appellants in this matter. Your Honor's oral order dated April 14, 2026, directed each individual appellant to provide the Court with a statement as to whether it intends to withdraw from or continue this interlocutory appeal within twenty (20) days of the entry of an order with respect to their proposed settlement. [Docket No. 15].

This letter is written on behalf of Appellants (i) New York State Teamsters Conference Pension and Retirement Fund, (ii) Teamsters Local 617 Pension Fund, and (iii) Management Labor Pension Fund Local 1730.  As noted in the prior joint status report on April 13, 2026, [Docket No. 14], the settlement agreements that these funds reached with the Debtors were not approved by the Bankruptcy Court.  To date, no order has been entered with respect to the denial of the settlement motions, and the Bankruptcy Court has scheduled a status conference for June 9, 2026.

Consistent with Your Honor's April 14 order, Appellants intend to provide the Court with a statement of their intentions with respect to the above-referenced interlocutory appeal within twenty days of the entry of such orders.   Appellants are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*/s/ William D. Sullivan*

William D. Sullivan

cc: Peter J. Keane, Esq.